UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|   |   |
|---|---|
| MP *by and through her guardian* VC, and VC, *individually on her own behalf*,   Petitioners and Counter Defendants,<br><br>v.<br><br>PARKLAND SCHOOL DISTRICT,   Respondent and Counter Claimant. | :<br>:<br>:<br>:<br>:<br>:  No. 5:20-cv-04447<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 5th day of November, 2021, upon consideration of Plaintiffs' Motion for Attorney's Fees, ECF No. 32. Defendant's response in opposition, ECF No. 33, Plaintiffs' reply in support, ECF No. 34, Defendant's sur-reply in opposition, ECF No. 35, and for the reasons set forth in the Court's Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion for Attorney's Fees, ECF No. 32, is **GRANTED in part.**

2. The Court awards the Plaintiffs attorney's fees in the total amount of **$47,552.50**. This amount is to be paid in the amount of $27,362.50 to Attorney Andrew Schweizer, Esq. and in the amount of $20,190 to Attorney Zachary Meinen, Esq. Plaintiffs are awarded costs in the amount of **$400.**

3. The Clerk of the Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge